UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALBERTINO BERNARDO,
    Plaintiff,

v.                                        Civil Action No.: 1:23-cv-11502-IT

TIMOTHY F. LEBLANC,
    Defendant.

## NOTICE OF
## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised on 4/3/2024, that the above-entitled action has been settled:

IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

Dated: April 12, 2024                             /s/Gail A. Marchione,
                                                                     **Courtroom Deputy Clerk**